# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MILDRED LEMUEL**, as administratrix of the estate of Darnell Eugene Lemuel, deceased, et al., | ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO. 2:03cv1101-D |
| | )                  (LEAD CASE) |
| v. | )  (consolidated with civil action |
| | )     numbers 2:03cv1102-D and |
| | )     2:04cv942-D) |
| **ADMIRAL INS. CO.**, | ) |
| | )                  (WO) |
| Defendant. | ) |

## ORDER

Having reviewed Lifestar Response of Alabama, Inc.'s Notice of Dismissal (Doc. No. 68), and the Notice having been filed before service of a "responsive pleading" and "before the introduction of evidence at the trial or hearing,"[1] Fed. R. Civ. P. 41(c), the court finds that, pursuant to Rule 41(a)(1)(i) and (c) of the Federal Rules of Civil Procedure, no action by the court is necessary to effectuate a dismissal without prejudice of the third-party complaint against Bert P. Taylor and Taylor & Smith, P.C., and the counterclaim against Admiral Insurance Company (Doc. No. 54).

---

[1] Cf. Pennsylvania R. Co. v. Daoust Const. Co., 193 F.2d 659, 661 (7th Cir. 1952) (holding that a motion to dismiss for failure to state a claim is not a responsive pleading under Fed. R. Civ. P. 41(c) and, thus, does not preclude voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(i)).

Based on the foregoing dismissal, it is CONSIDERED and ORDERED that the Motion to Dismiss (Doc. No. 65), filed by Bert P. Taylor and Taylor & Smith, P.C., be and the same is hereby DENIED as moot.

Done this 8th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE