IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILDRED LEMUEL, as administratrix of the Estate of Darnell Eugene Lemuel, deceased, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 2:03cv1101-D ) WO |
| ADMIRAL INS. CO., | ) ) |
| Defendant. | ) |

**ORDER ON MOTION**

Now pending before the court is the June 1, 2005, motion to quash (doc. # 51) filed by the plaintiff. The plaintiff objects to the subpoena for the production of documents issued by Lifestar Response of Alabama because, according to the plaintiff, the documents requested are irrelevant to the issues before this court. On June 3, 2005, Lifestar responded to the plaintiff's objections, arguing that the documents are relevant to its pending counterclaim. On June 22, 2005, the court held the plaintiff's motion to quash in abeyance pending resolution of the motion to strike the counterclaim and third party complaint. On July 6, 2005, Lifestar Response of Alabama dismissed the third-party complaint and counterclaim. Consequently, the plaintiff's motion to quash (doc. # 51) is now ripe for resolution. Upon consideration of the motion and for good cause, it is

ORDERED that the motion to quash (doc. # 51) be and is hereby GRANTED because the documents sought by Lifestar are irrelevant to the issues before this court.

Done this 14th day of July, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE