IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MILDRED LEMUEL, as administratrix** ) | |
| of the estate of Darnell Eugene Lemuel, ) | |
| deceased, and individually, et al.,   ) | |
|                                       ) | |
|     Plaintiffs,                       ) | CIVIL ACTION NO. 2:03cv1101-D |
|                                       ) | (LEAD CASE) |
| v.                                    ) | (consolidated with civil action |
|                                       ) | numbers 2:03cv1102-D and |
|                                       ) | 2:04cv942-D) |
| **ADMIRAL INS. CO.,**                 ) | (WO) |
|                                       ) | |
|     Defendant.                        ) | |

### FINAL JUDGMENT

In accordance with the memorandum opinion and order heretofore entered in the above-styled consolidated cause (Doc. No. 119), it is CONSIDERED, ORDERED and ADJUDGED that summary judgment be and the same is hereby ENTERED in favor of Admiral Insurance Company and Markel American Insurance Company and against Mildred Lemuel ("Lemuel"), individually and as administratrix of the estate of Darnell Eugene Lemuel, deceased, and against Lifestar Response of Alabama, Inc., d/b/a Care Ambulance Service ("Lifestar").

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Lemuel and Lifestar, for which let execution issue.

DONE this 24th day of January, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE