IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MILDRED LEMUEL**, as administratrix of the estate of Darnell Eugene Lemuel, deceased, et al., | ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO. 2:03cv1101-D ) (LEAD CASE) |
| v. | ) (consolidated with civil action ) numbers 2:03cv1102-D and ) 2:04cv942-D) |
| **ADMIRAL INS. CO.**, | ) (WO) ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Mildred Lemuel's motion to exempt from costs, filed February 7, 2006 (Doc. No. 124), it is ORDERED that Admiral Insurance Company, Markel American Insurance Co., and Lifestar Response of Alabama, Inc., show cause, if any there be, on or February 15, 2006, why said motion should not be granted.

DONE this 8th day of February, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE